**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

RAUL RAMIREZ, JR.,

Defendant

Case No.: 26CR0850-RSH

**JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE**

Upon the motion of the United States, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Information in this case is dismissed without prejudice.

SO ORDERED.

DATED: August 20, 2026

Robert S Huie

HONORABLE ROBERT S. HUIE
UNITED STATES DISTRICT JUDGE